UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BADER FAMILY FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>  Defendant. | Civil Action No. 23-0976 (JMC) |

## JOINT STATUS REPORT

Bader Family Foundation ("Plaintiff") and the United States Equal Employment Opportunity Commission ("Defendant" or "Commission"), through undersigned counsel, respectfully file this joint status report in accordance with the Court's April 10, 2025, Minute Order.

To date, the Commission has reviewed about 2,000 pages of records for responsiveness. Although the Court ordered the parties to include a proposed schedule for the processing and release of responsive records, or for briefing dispositive motions, the parties respectfully request that they be relieved from this obligation, as the parties are engaged in settlement discussions. Plaintiff provided an offer in late March after the Court rendered its Memorandum Opinion and Order. The Commission is exploring how much authority it can gather in response to Plaintiff's offer.

The parties propose that they file a joint status report by Tuesday, May 24, 2025, and every sixty days thereafter.

\*     \*     \*

2

Date:   April 24, 2025

Respectfully submitted,

*/s/ Hans F. Bader*

Hans F. Bader
D.C. Bar No. 466545
hfb138@yahoo.com
1236 N. Stafford St.
Arlington, VA 22201
(703) 399-6738


*Attorney for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   ___*/s/ Sam Escher*___
        SAM ESCHER, DC Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for the United States of America*

2