UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BADER FAMILY FOUNDATION,

     Plaintiff,

    v.

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

     Defendant.

Civil Action No. 23-0976 (JMC)

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date:  May 20, 2025

*/s/ Hans F. Bader*
Hans F. Bader
D.C. Bar No. 466545
hfb138@yahoo.com
1236 N. Stafford St.
Arlington, VA 22201
(703) 399-6738

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Sam Escher*
     SAM ESCHER, DC Bar #1655538
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2531
     Sam.Escher@usdoj.gov

     *Attorneys for the United States of America*